# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

**CAT CLAWS, INC.,** an Arkansas corporation

**Plaintiff**

v.

Case No. 4:16-cv-733 SWW

**BIG LOTS STORES, INC.,** an Ohio corporation doing business as Big Lots!, and **Does 1 - 10**

**Defendants**

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against the defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this Order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 17th day of October, 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE